UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROBERT WAY, on behalf of himself
and those similarly situated,

    Plaintiff,

v.

CASE NO.: 1:16-CV-00998-LMM

CONCRETE PLACEMENT CONSTRUCTION,
INC., a Georgia For-Profit Corporation,
and JAMES KIMBLER, individually,

    Defendants.
_____/

## ORDER

**THIS CAUSE** having come before this Court upon the parties' Joint Motion to Approve Settlement Agreement and to Dismiss with Prejudice ("Joint Motion to Approve"), and this Court being fully advised in the premises, it is hereupon:

**ORDERED AND ADJUDGED** that the parties' Joint Motion to Approve filed herein on December 30, 2016, is hereby **GRANTED**. The civil action is **DISMISSED WITH PREJUDICE**. The Court will retain jurisdiction to enforce the terms of the Settlement Agreement.

**IT IS SO ORDERED** this 9th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF GEORGIA